# Exhibit 3

| Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Enterprise Financial Services Corp ("Defendant") | |
| --- | --- |
| **Claims** | **Evidence** |
| 10. A communications method comprising: | The Enterprise Bank & Trust Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Enterprise Bank & Trust Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and a call center agent. The Enterprise Bank & Trust Customer Service system runs on Glia Technologies (CCaaS - Call Center as a Service).<br><br> |



Source: https://www.enterprisebank.com/contact-us

2



Source: https://www.glia.com/

| (a) receiving a plurality of communications, each having associated classification information. | The Enterprise Bank & Trust Customer Service system receives a plurality of communications, each having associated classification information.

For example, the Enterprise Bank & Trust Customer Service system receives calls from multiple callers. For each call, the caller provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The information provided by the caller is used to classify the call. |



Source: https://www.enterprisebank.com/contact-us

4



# Interactive Voice Response (IVR)



I can answer routine questions

Almost everyone has interacted with an IVR at some point in their lives—including you. If an automated voice has ever asked you to say the name of the department you'd like to reach, you've spoken to an IVR. This call-center software sorts incoming calls and guides users to the right reps by prompting callers to use either voice responses or touch-tone menus.

5

IVRs can make or break the call-center experience: They're often the first thing the caller interacts with, so it's important to make sure that the experience is as quick and seamless as possible. A good IVR should be easy to navigate through, with no confusing menu mazes. It should also allow callers to easily reach live support if they need help from a human.

Some IVR solutions for call centers use voice-activated AI to answer a user's questions without even needing a live agent. These solutions offer relief to overburdened contact centers by reducing the number of calls that require human assistance.

## Bringing It All Together



Source:
https://www.glia.com/blog/anatomy-of-an-effective-call-center-software-for-finance#interactive-voice-response-ivr



Source: https://www.glia.com/ai-routing



**Personalize Every Call, Right Away**

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

CHANNELLESS® ARCHITECTURE

**One Platform That Changes Everything**

Say goodbye to awkward handoffs, frustrated customers, and siloed data. Glia's ChannelLess® Architecture unifies voice, digital and AI across every interaction.

Get Started

Source: https://www.glia.com/unified-communications-platform

| (b) storing information representing characteristics of a plurality of potential targets; | The Enterprise Bank & Trust Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Enterprise Bank & Trust Customer Service system stores information about the skills possessed by agents who are potential targets of the call.<br><br><br><br>Source: https://www.glia.com/ai-routing |

# Pass Context, Not Just Callers

Embed AI throughout the interaction journey so you can quickly determine why a customer is calling, pass them to the right agent, and let managers immediately access accurate insights.



**Faster Resolutions For Customers**

Save customers from frustrating IVR mazes by using AI to quickly get them to the right agent with no lost context.



**Immediate Context For Agents**

Use AI to sum up a customer's needs before agents pick up the phone, so they can stop asking questions that have already been answered.



**Effortless Insights for Managers**

Improve coaching by letting managers easily access quality and compliance insights across the entire interaction— from hello to hangup.

Source: https://www.glia.com/ai-routing

Glia's routing solutions stand out through our route planning approach that considers customer history across digital channels and via traditional call center interactions. Our artificial intelligence system delivers improved efficiency by analyzing multiple factors simultaneously— including agent expertise, customer history, and interaction context. This comprehensive approach creates more meaningful customer experiences and reduces resolution times compared to conventional routing systems.

Source: https://www.glia.com/ai-routing

10



Source: https://www.glia.com/call-center-for-banks

Source: https://www.glia.com/ai-chatbot-banking

| (c) determining | The Enterprise Bank & Trust Customer Service system determines an optimum target for |
|---|---|

| an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.<br><br>For example, the Enterprise Bank & Trust Customer Service system analyses information provided by a caller to determine one or more skills that an agent should possess to help the caller. To run at peak performance, the system considers multiple variables such as call queue length, number of available agents, average length of call, and agent skillsets when selecting an agent to connect with the caller. Enterprise Bank & Trust employs numerous agents, at least three of which possess the skill set required by the caller.<br><br><br><br>Source: https://www.glia.com/ai-routing |

## Personalize Every Call, Right Away

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

## Routing and Queuing

Your call-center software should effectively route incoming callers to reps best suited for their needs. Let's say, for example, a caller has a question about charges on their recent bill. After asking the caller about their need, the software will direct them to the billing department and put them into a queue until a qualified rep is ready to offer assistance.

Some call-center software offers Intelligent Call Routing (ICR), which uses AI to route callers rather than requiring callers to manually sort themselves into queues. ICR saves time, provides more accurate assistance, and offers users a more effortless experience.

Source: https://www.glia.com/blog/anatomy-of-an-effective-call-center-software-for-finance

**Improve First Contact Resolution**

Get callers to the right agents with full context so you can resolve inquiries faster and with less frustration.

**Increase Operational Efficiency**

Use AI to reduce the number of agents required to handle call volume, so you can raise service levels without adding headcount.

Source: https://www.glia.com/ai-routing

| (d) routing the communication to the optimum target, | The Enterprise Bank & Trust Customer Service system routes the communication to the optimum target.<br><br>For example, upon determining, as the optimum target, the agent to which the caller should be connected, the Enterprise Bank & Trust Customer Service system routes the call to that agent.<br><br><br><br>Source: https://www.glia.com/ai-routing |
| --- | --- |

15

**Personalize Every Call, Right Away**

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

AI ROUTING & TRANSFERS

**Routing For The AI Era**

From your frontline agents to your fraud department, use AI to route callers to the right team, right away.

**Explore AI Routing**

Source:  https://www.glia.com/call-center-for-banks

| said determining step and said routing step being performed within a common operating environment. | The Enterprise Bank & Trust Customer Service system performs the determination and the routing steps within a common operating environment.<br><br>For example, the Enterprise Bank & Trust Customer Service System is implemented as a cloud-based software platform that runs on Amazon Web Services (AWS) Servers. AWS is hosted in cloud communication environment, which is a common operating environment.<br><br><br><br>Source: https://partners.amazonaws.com/partners/001E000001VA0fqIAD/Glia%20Technologies,%20Inc |



Source: https://www.glia.com/security

| Claims | Evidence |
| --- | --- |
| 11. The method | The Enterprise Bank & Trust Customer Service system employs a common message |

| according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | queue in an operating system when performing the determination and routing.<br><br>For example, the Enterprise Bank & Trust Customer Service system is implemented on Glia Technologies (CCaaS – Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment under the control of a common operating system. In AWS, application communications are routed via messages passed through a common message queue.<br><br><br><br>Source: https://aws.amazon.com/marketplace/seller-profile?id=692368e6-90a2-4b40-ac90-56bd9ed04021 |

19



Source: https://partners.amazonaws.com/partners/001E000001VA0fqIAD/Glia%20Technologies,%20Inc



## Infrastructure

**Hardened Amazon Web Services (AWS) Infrastructure**

Glia is exclusively hosted on Amazon Web Service (AWS). Glia inherits the control environment AWS maintains and demonstrates via SSAE-16 SOC 1, 2 & 3, ISO/IEC 27001, FedRAMP/FISMA reports and additional certifications. We've also deployed a 24/7 intrusion detection system that sits on top of AWS with daily manual log reviews. All data is encrypted both in transit and at rest.

Source: https://www.glia.com/security

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

21