# Exhibit 4

| Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Enterprise Financial Services Corp ("Defendant") |
|---|

Claim 1 is not being asserted but is charted for the purpose of asserting claim 9, which depends on claim 1.

| Claims | Evidence |
|---|---|
| 1. A method for matching a first subset selected from a plurality of first entities with a second subset selected from a plurality of second entities, comprising: | The Enterprise Bank & Trust Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Enterprise Bank & Trust Customer Service system matches a caller, which is the first subset of multiple first entities, to a call center agent, which is the second subset of multiple second entities. The Enterprise Bank & Trust Customer Service system runs on Glia Technologies (CCaaS - Contact Center as a Service).<br><br> |

1



Source: https://www.enterprisebank.com/contact-us



Source: https://www.glia.com/

| | |
|---|---|
| storing in a memory a plurality of multivalued scalar data representing inferential targeting parameters for the first subset; | The Enterprise Bank & Trust Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first subset.<br><br>For example, the Enterprise Bank & Trust Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification information to determine the nature of a call and thereby, the required characteristics of a call center agent to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters to match the caller to an appropriate call center agent. |

3



Source: https://www.enterprisebank.com/contact-us

Source: https://www.glia.com/ai-routing





# Interactive Voice Response (IVR)

Almost everyone has interacted with an IVR at some point in their lives—including you. If an automated voice has ever asked you to say the name of the department you'd like to reach, you've spoken to an IVR. This call-center software sorts incoming calls and guides users to the right reps by prompting callers to use either voice responses or touch-tone menus.

5

IVRs can make or break the call-center experience: They're often the first thing the caller interacts with, so it's important to make sure that the experience is as quick and seamless as possible. A good IVR should be easy to navigate through, with no confusing menu mazes. It should also allow callers to easily reach live support if they need help from a human.

Some IVR solutions for call centers use voice-activated AI to answer a user's questions without even needing a live agent. These solutions offer relief to overburdened contact centers by reducing the number of calls that require human assistance.

## Bringing It All Together

6

Glia's **Unified Interaction Management (UIM)** platform includes a robust call-center solution encompassing every feature listed above—and much more. Even better, it's part of a larger platform that brings together all aspects of the customer service experience. Additionally, it's the only call-center solution designed specifically for banking. Because it's purpose-built for FIs like yours, it offers not only a breadth of unique functionality but the depth of expertise you need to unlock max value for callers and staff.

Source: https://www.glia.com/blog/anatomy-of-an-effective-call-center-software-for-finance#interactive-voice-response-ivr

 **glia**                                                Get Started    ≡

Glia's Voice GVAs elevate phone support in financial institutions by swapping out old-fashioned, touch-tone, menu-based IVR and Phone Banking systems for state-of-the-art conversational AI. This allows users to communicate their requirements using natural language, eliminating the complexities of traditional menu navigation. Voice GVAs provide uninterrupted 24/7 service, adeptly handling after-hours calls and peak demand, while responding to customer questions and transferring them to live support as needed.

Source: https://www.glia.com/news/glia-launches-voice-banking-virtual-assistants

7

**Personalize Every Call, Right Away**

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

| storing in the memory a plurality of multivalued scalar data of each of the plurality of second entities, representing respective characteristic parameters for each respective second entity; | The Enterprise Bank & Trust Customer Service system stores a plurality of multivalued scalar data, representing characteristic parameters, for each of the second entities. <br><br> For example, the Enterprise Bank & Trust Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are used by the system to match the caller to an appropriate call center agent. <br><br> Glia's routing solutions stand out through our route planning approach that considers customer history across digital channels and via traditional call center interactions. Our artificial intelligence system delivers improved efficiency by analyzing multiple factors simultaneously— including agent expertise, customer history, and interaction context. This comprehensive approach creates more meaningful customer experiences and reduces resolution times compared to conventional routing systems. <br><br> Source: https://www.glia.com/ai-routing |

8



Source: https://www.glia.com/ai-routing

## Pass Context, Not Just Callers

Embed AI throughout the interaction journey so you can quickly determine why a customer is calling, pass them to the right agent, and let managers immediately access accurate insights.



**Faster Resolutions For Customers**

Save customers from frustrating IVR mazes by using AI to quickly get them to the right agent with no lost context.



**Immediate Context For Agents**

Use AI to sum up a customer's needs before agents pick up the phone, so they can stop asking questions that have already been answered.



**Effortless Insights for Managers**

Improve coaching by letting managers easily access quality and compliance insights across the entire interaction—from hello to hangup.

Source: https://www.glia.com/ai-routing

## Personalize Every Call, Right Away

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

10

Source: https://www.glia.com/call-center-for-banks

| performing, using an | The Enterprise Bank & Trust Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued |
|---|---|

| automated processor, an optimization with respect to at least an economic surplus of a respective mutually exclusive match of the first subset with the second subset, and an opportunity cost of the unavailability of the second subset for matching with an alternate subset of the plurality of first entities; and | scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Enterprise Bank & Trust Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br>**Personalize Every Call, Right Away**<br><br>Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.<br><br>Source: https://www.glia.com/ai-chatbot-banking |



Source: https://www.glia.com/ai-routing

13

## Routing and Queuing

Your call-center software should effectively route incoming callers to reps best suited for their needs. Let's say, for example, a caller has a question about charges on their recent bill. After asking the caller about their need, the software will direct them to the billing department and put them into a queue until a qualified rep is ready to offer assistance.

Some call-center software offers Intelligent Call Routing (ICR), which uses AI to route callers rather than requiring callers to manually sort themselves into queues. ICR saves time, provides more accurate assistance, and offers users a more effortless experience.

Source: https://www.glia.com/blog/anatomy-of-an-effective-call-center-software-for-finance

### Improve First Contact Resolution

Get callers to the right agents with full context so you can resolve inquiries faster and with less frustration.

### Increase Operational Efficiency

Use AI to reduce the number of agents required to handle call volume, so you can raise service levels without adding headcount.

14

| | |
|---|---|
| | Source: https://www.glia.com/ai-routing |
| outputting a signal in dependence on the optimization. | The Enterprise Bank & Trust Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Enterprise Bank & Trust Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br><br><br>Source: https://www.glia.com/ai-routing |

15

## Personalize Every Call, Right Away

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

### AI ROUTING & TRANSFERS

## Routing For The AI Era

From your frontline agents to your fraud department, use AI to route callers to the right team, right away.

**Explore AI Routing**

Source:  https://www.glia.com/call-center-for-banks

16

**Claim 9 is being asserted.**

| Claims | Evidence |
|---|---|
| 9. The method according to claim 1, wherein the automated processor executes under control of a software operating system having a message queue, wherein the automated processor communicates with a communication router controlled by the automated processor under the control of the operating system responsive to | The automated processor executes under the control of an operating system that has a message queue. In response to the signal that is output as a result of the optimization, the automated processor communicates with a communication router via messages passed through the message queue to effect control over the communication router. For example, the Enterprise Bank & Trust Customer Service system platform is implemented as a cloud-based service platform, which runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment, thereby providing a common operating environment for the execution of applications under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue.  |

| | |
|---|---|
| the signal via messages passed through the message queue. | Source: https://partners.amazonaws.com/partners/001E000001VA0fqIAD/Glia%20Technologies,%20Inc<br><br><br><br>Source: https://www.glia.com/security<br><br>**Messages and notifications**<br>AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.<br><br>Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services |

|  |  |
|---|---|

Claim 11 is not being asserted but is charted for the purpose of asserting claim 18, which depends on claim 11.

| Claims | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Enterprise Bank & Trust Customer Service system performs a method of matching a first entity with a second entity.<br><br>For example, the Enterprise Bank & Trust Customer Service system matches a caller, which is the first entity, to a call center agent, which is the second entity. Enterprise Bank & Trust Customer Service system runs on Glia Technologies generative Contact center Service Cloud. |

19



**Contact Us**

(833) 896-2850

cso@enterprisebank.com



Source: https://www.enterprisebank.com/contact-us

21



Source: https://www.glia.com/

| | |
|---|---|
| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Enterprise Bank & Trust Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Enterprise Bank & Trust Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification to determine the nature of a call and thereby, the required characteristics of a call center to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters for matching the caller to an appropriate call center agent. |



Source: https://www.enterprisebank.com/contact-us



23

IVRs can make or break the call-center experience: They're often the first thing the caller interacts with, so it's important to make sure that the experience is as quick and seamless as possible. A good IVR should be easy to navigate through, with no confusing menu mazes. It should also allow callers to easily reach live support if they need help from a human.

Some IVR solutions for call centers use voice-activated AI to answer a user's questions without even needing a live agent. These solutions offer relief to overburdened contact centers by reducing the number of calls that require human assistance.

## Bringing It All Together



Glia's **Unified Interaction Management (UIM)** platform includes a robust call-center solution encompassing every feature listed above—and much more. Even better, it's part of a larger platform that brings together all aspects of the customer service experience. Additionally, it's the only call-center solution designed specifically for banking. Because it's purpose-built for FIs like yours, it offers not only a breadth of unique functionality but the depth of expertise you need to unlock max value for callers and staff.

Source: https://www.glia.com/blog/anatomy-of-an-effective-call-center-software-for-finance#interactive-voice-response-ivr

 glia                                                    Get Started   ≡

Glia's Voice GVAs elevate phone support in financial institutions by swapping out old-fashioned, touch-tone, menu-based IVR and Phone Banking systems for state-of-the-art conversational AI. This allows users to communicate their requirements using natural language, eliminating the complexities of traditional menu navigation. Voice GVAs provide uninterrupted 24/7 service, adeptly handling after-hours calls and peak demand, while responding to customer questions and transferring them to live support as needed.

Source: https://www.glia.com/news/glia-launches-voice-banking-virtual-assistants

| | |
|---|---|
| | **Personalize Every Call, Right Away**<br><br>Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.<br><br>Source: https://www.glia.com/ai-chatbot-banking |
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Enterprise Bank & Trust Customer Service system stores a plurality of multivalued scalar data, representing inferential targeting parameters, for each of the plurality of second entities.<br><br>For example, the Enterprise Bank & Trust Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are represented by a plurality of multivalued scalar data and are used by the system as targeting parameters for matching the caller to an appropriate call center agent.<br><br>**Personalize Every Call, Right Away**<br><br>Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.<br><br>Source: https://www.glia.com/ai-chatbot-banking |



Source: https://www.glia.com/ai-routing

27

## Pass Context, Not Just Callers

Embed AI throughout the interaction journey so you can quickly determine why a customer is calling, pass them to the right agent, and let managers immediately access accurate insights.



**Faster Resolutions For Customers**

Save customers from frustrating IVR mazes by using AI to quickly get them to the right agent with no lost context.



**Immediate Context For Agents**

Use AI to sum up a customer's needs before agents pick up the phone, so they can stop asking questions that have already been answered.



**Effortless Insights for Managers**

Improve coaching by letting managers easily access quality and compliance insights across the entire interaction— from hello to hangup.

Source: https://www.glia.com/ai-routing

Glia's routing solutions stand out through our route planning approach that considers customer history across digital channels and via traditional call center interactions. Our artificial intelligence system delivers improved efficiency by analyzing multiple factors simultaneously— including agent expertise, customer history, and interaction context. This comprehensive approach creates more meaningful customer experiences and reduces resolution times compared to conventional routing systems.

Source: https://www.glia.com/ai-routing

28



Source: https://www.glia.com/call-center-for-banks

| performing using an | The Enterprise Bank & Trust Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued |
|---|---|

29

| | |
|---|---|
| automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Enterprise Bank & Trust Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br>**Personalize Every Call, Right Away**<br><br>Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.<br><br>Source: https://www.glia.com/ai-chatbot-banking |



Source: https://www.glia.com/ai-routing

## Routing and Queuing

Your call-center software should effectively route incoming callers to reps best suited for their needs. Let's say, for example, a caller has a question about charges on their recent bill. After asking the caller about their need, the software will direct them to the billing department and put them into a queue until a qualified rep is ready to offer assistance.

Some call-center software offers Intelligent Call Routing (ICR), which uses AI to route callers rather than requiring callers to manually sort themselves into queues. ICR saves time, provides more accurate assistance, and offers users a more effortless experience.

Source: https://www.glia.com/blog/anatomy-of-an-effective-call-center-software-for-finance

### Improve First Contact Resolution

Get callers to the right agents with full context so you can resolve inquiries faster and with less frustration.

### Increase Operational Efficiency

Use AI to reduce the number of agents required to handle call volume, so you can raise service levels without adding headcount.

Source: https://www.glia.com/ai-routing

32

| | |
|---|---|
| outputting a signal in dependence on the optimization. | The Enterprise Bank & Trust Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Enterprise Bank & Trust Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br><br><br>Source: https://www.glia.com/ai-routing |

## Personalize Every Call, Right Away

Move beyond impersonal IVRs and start every phone call with AI attuned to customer needs. Cortex Intercept customizes greetings based on customer history, so callers engage with your AI instead of asking for an agent.

Source: https://www.glia.com/ai-chatbot-banking

**AI ROUTING & TRANSFERS**

## Routing For The AI Era

From your frontline agents to your fraud department, use AI to route callers to the right team, right away.

**Explore AI Routing**

Source:  https://www.glia.com/call-center-for-banks

Claim 18 is being asserted.

| Claims | Evidence |
|---|---|
| 18. The method according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over a routing of a communicatio | The signal that is output in dependence upon the optimization comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication.<br><br>For example, the Enterprise Bank & Trust Customer Service system platform is implemented on Glia Technologies (Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue.<br><br> |

| n. | Source: https://partners.amazonaws.com/partners/001E000001VA0fqIAD/Glia%20Technologies,%20Inc.  Source: https://www.glia.com/security |

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

36